**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| JASON BEAM AND KRISTIE BEAM, HIS WIFE | : | No. 311 WAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Superior Court |
| | : | |
| | : | |
| THIELE MANUFACTURING, LLC, | : | |
| FORMERLY KNOWN AS THIELE, INC, | : | |
| FORMERLY KNOWN AS TYT HOLDING, | : | |
| INC. | : | |
| | : | |
| | : | |
| PETITION OF: JASON BEAM | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.